IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WHITEHEAD, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:19-cv-00634-M (BT) |
| | § | |
| FNU UNDERWOOD, | § | |
|     Respondent. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 6th day of June, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE